UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ROSIE LEE MURPHY, } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:24-cv-00456-RDP-JHE |
| } | |
| DONTAE GORDON, et al., } | |
| } | |
| **Defendants.** } | |

## ORDER

This case is before the court on (1) Plaintiff's Motion for Attorney (Doc. # 31) and (2) Plaintiff's Motion for Appearance requesting to speak with the Honorable Myron H. Thompson[1] (Doc. # 32).

Regarding Plaintiff's Motion for Attorney, "[a] plaintiff in a civil case has no constitutional right to counsel." *Bass v. Perrin*, 170 F. 3d 1312, 1320 (11th Cir. 1999). It is within the court's discretion to appoint counsel for civil plaintiffs unable to retain an attorney on their own, but appointment is appropriate "only in exceptional circumstances." *Id*. These exceptional circumstances exist "where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." *Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990). Plaintiff has not explained why such exceptional circumstances exist here. Therefore, Plaintiff's Motion for Attorney (Doc. # 31) is **DENIED**. Plaintiff is encouraged to seek counsel to represent her in this matter, but otherwise **SHALL** proceed with the prosecution of this case in the manner it was filed – *pro se*.

---

[1] The Motion requests a meeting with "Honorable Judge Myron Thomas." Since the request is for a meeting with a Judge, the court assumes Plaintiff simply misspelled Judge Thompson's name.

Regarding Plaintiff's Motion for Appearance requesting to speak with Judge Thompson, this case is no longer assigned to Judge Thompson and he and all other Judges in the Middle District of Alabama have recused themselves due to conflicts with the defendants Plaintiff named in her Amended Complaint. (Docs. # 17, 20). Therefore, Plaintiff's Motion for Appearance requesting to speak with Judge Thompson (Doc. # 32) is **DENIED**.

If Plaintiff seeks a hearing to discuss matters directly related to **THIS CASE**, she **SHALL** file a motion for a hearing. However, the court **REMINDS** Plaintiff that **on or before November 1, 2024**, she **SHALL** file a **LEGIBLE** Amended Complaint in which she states her claims **CLEARLY** and in **ONE DOCUMENT**.

**DONE** and **ORDERED** this October 24, 2024.

_____
**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE